# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-00975-RGK (AGRx) | Date | August 14, 2017 |
| Title | Christopher Helman v. Aetna Life Insurance Company et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Sandra MacNeil | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Christian Garris | Amir Shlesinger |

**Proceedings:**     **SCHEDULING CONFERENCE**

　　　　Case called.  Court and counsel confer.  The Scheduling Conference is held and the Court sets the following dates:

　　　　Opening Brief Due:　　　　　　April 9, 2018
　　　　Responsive Brief  Due:　　　　April 23, 2018
　　　　Court Trial:　　　　　　　　　May 9, 2018 at 9:00 a.m.

　　　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：　01

　　　　　　　　　　　　　　　　　Initials of Preparer　slw